SAMUEL L. ROTHBARD, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. LILLIAN CLAWANS, *ET AL.*, DEFENDANTS-
PETITIONERS.

*Miss Lillian Clawans* and *Mr. Robert C. Gruhin* for the
petitioners.

*Messrs. Rothbard, Harris & Oxfeld* and *Mr. Abraham L.
Friedman* for the respondents.

February 28, 1955.   Denied.